IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR189 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| MARCO HARDEMAN, | ) ) | |
| Defendant. | ) | |

Defendant Marco Hardeman appeared before the court on June 24, 2005 on a Petition for Offender Under Supervision [68].   The defendant was represented by appointed counsel Michael Tassett and the United States was represented by Assistant U.S. Attorney Douglas Semisch.  The defendant admits allegations 1 through 9.  The defendant's oral motion to continue disposition is granted. The government did not move for detention.  The defendant was released on current conditions of supervision.

IT IS ORDERED:

1.  A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m., on September 23, 2005.**  Defendant must be present in person.

2.  Defendant is released on current conditions of supervision.

Dated this 24th day of June, 2005.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge